IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

QUADRO KENYATTA MILES                                                        PLAINTIFF

V.                                         CIVIL NO. 1:10-cv-01076

SHERIFF KEN JONES; LT. BASS;
and SGT. SANDERS                                                            DEFENDANTS

## J U D G M E N T

For the reasons stated in the Memorandum Opinion on this date, Separate Defendants' Motions for Judgment on the Pleadings (ECF Nos. 14 and 18) are hereby **GRANTED**, and Plaintiff's case is dismissed without prejudice.

**IT IS SO ORDERED this 24th day of September 2012.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE